IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRYAN CHANEY**                                                                                          **PLAINTIFF**

**v.**                                              **No. 4:23-cv-378-JM**

**THE BOARD OF TRUSTEES OF**
**THE UNIVERSITY OF ARKANSAS**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby dismissed with prejudice. The Clerk is directed to close the case.

DATED this 24th day of January, 2025.

_____
James M. Moody Jr.
United States District Judge